## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **E. WARD SUDDERTH, MD** | * | **CASE NO. 22-1358** |
| **vs.** | * | **SECT. H(5)** |
| **NATIONAL FLOOD INSURANCE PROGRAM, ET AL.** | * | **JUDGE MILAZZO** |
| | * | **MAG. NORTH** |

### DEFENDANTS' MOTION FOR LEAVE TO AMEND

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, come Defendants, the National Flood Insurance Program, Federal Emergency Management Agency, and Department of Homeland Security (collectively "FEMA"), and respectfully seek leave under FED. R. CIV. P. 15(a) and 16(b)(4) to amend their answer and affirmative defenses.

**WHEREFORE**, for the reasons stated in the attached memorandum of law, FEMA respectfully prays that the Court grant this motion and order that the first amended answer and affirmative defenses be filed into the record of this matter.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*Peter M. Mansfield*

PETER M. MANSFIELD (# 28671)
Assistant United States Attorney
Chief, Civil Division
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3047
Facsimile: (504) 680-3184
Peter.Mansfield@usdoj.gov