UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| E. WARD SUDDERTH, MD | * | CASE NO. 22-1358 |
| vs. | * | SECT. H(5) |
| NATIONAL FLOOD INSURANCE PROGRAM, ET AL. | * | JUDGE MILAZZO |
| | * | MAG. NORTH |

### NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that defendants, the National Flood Insurance Program, Federal Emergency Management Agency, and Department of Homeland Security's, motion for leave to amend is set for submission before United States Chief Magistrate Judge Michael B. North on April 5, 2023.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*Peter M. Mansfield*
PETER M. MANSFIELD (# 28671)
Assistant United States Attorney
Chief, Civil Division
650 Poydras Street, Suite 1600
New Orleans, Louisiana  70130
Telephone: (504) 680-3047
Facsimile: (504) 680-3184
Peter.Mansfield@usdoj.gov