## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **E. WARD SUDDERTH, MD** | * | **CASE NO. 22-1358** |
| vs. | * | **SECT. H(5)** |
| **NATIONAL FLOOD INSURANCE PROGRAM, ET AL.** | * | **JUDGE MILAZZO** |
| | * | **MAG. NORTH** |

## DEFENDANTS' FIRST AMENDED ANSWER and AFFIRMATIVE DEFENSES

**NOW INTO COURT,** through the undersigned Assistant United States Attorney, come defendants, the National Flood Insurance Program, Federal Emergency Management Agency, and Department of Homeland Security (collectively "FEMA"), and respectfully submit their first amended answer and affirmative defenses to plaintiff, E. Ward Sudderth, M.D.'s, complaint for damages. Rec. Doc. 2.

## ANSWER

## 1–42.

FEMA incorporates by reference under FED. R. CIV. P. 10(c) its responses to paragraphs one through 42 of plaintiff's complaint that are contained in its original answer, Rec. Doc. 8.

## AFFIRMATIVE DEFENSES

## 1–19.

FEMA incorporates by reference under FED. R. CIV. P. 10(c) affirmative defenses one through 19 that are contained in its original answer, Rec. Doc. 8.

20.

Sudderth's Standard Flood Insurance Policy from FEMA limits recovery of personal property used in any business to just $2,500 for any one loss. SFIP, Sect. III(B)(8)(e) (formerly SFIP, Sect. III(B)(6)(e)).

**WHEREFORE**, FEMA prays that the Court deem this first amended answer and affirmative defenses sufficient and that, after due proceedings, it enter a final judgment dismissing Sudderth's complaint with prejudice at his cost, and for any further relief the Court deems just and proper.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*Peter M. Mansfield*

PETER M. MANSFIELD (# 28671)
Assistant United States Attorney
Chief, Civil Division
650 Poydras Street, Suite 1600
New Orleans, Louisiana  70130
Telephone: (504) 680-3047
Facsimile: (504) 680-3184
Peter.Mansfield@usdoj.gov