1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


CASE NO. 22-1358          SECT. H(5)

JUDGE MILAZZO
MAG. NORTH


E. WARD SUDDERTH, MD

VERSUS

NATIONAL FLOOD INSURANCE PROGRAM ET AL.


    Deposition of DR. EARLE WARD SUDDERTH, 2809 Hermitage Road, Port Sulphur, Louisiana 70083, taken in the offices of Michael J. Riley, Sr., 201 St. Charles Avenue, Suite 2500, New Orleans, Louisiana 70170, on Monday, February 27, 2023, commencing at 10:55 AM.


APPEARANCES:


    MICHAEL J. RILEY, SR.
    Attorneys at Law
    BY:  MICHAEL J. RILEY, SR., Esquire
    201 St. Charles Avenue
    Suite 2500
    New Orleans, Louisiana 70170

      ATTORNEYS FOR PLAINTIFF


EXHIBIT 2

DAWN D. TUPPER, CCR, RPR
(504) 430-0491

1   Q.  You had two of those?
2   A.  Yes, sir.
3   Q.  And when did you first --
4   A.  Following -- excuse me.  Following Katrina, I
5       removed all the contents from my facility.
6       And those contents were stored in, I think it
7       took about 15 storage facilities, but they
8       were smaller, and it was a facility on Belle
9       Chasse Highway in Gretna.
10  Q.  Do you recall the name of that one in Gretna,
11      the storage facility?
12  A.  I think it's synonymous with the site before
13      that was a country and western facility.  If I
14      get to a phone book or something I can --
15  Q.  That's all right.  If it comes to you later,
16      let me know.
17          So after Katrina, you had contents in 15
18      facilities, and then at some point you put
19      some or all into two very large storage
20      facilities in Harvey?
21  A.  Yes, sir.  And some of those contents I moved
22      into the lower, the downstairs, the first
23      floor of the home that I bought in Lake
24      Hermitage.
25  Q.  And we're going to talk about that.  Was it a

1       also had quite a few, perhaps, surgical
2       friends or general practice friends.  I had
3       attorney friends and attorneys that I did not
4       know refer patients to me.  And that one day a
5       week, I would evaluate patients, treat them,
6       and follow them for whatever interspersed in
7       there.
8           That's why when you asked me initially
9       about the deposition, I did give depositions
10      for my patients at that time, but I think the
11      last time that I had -- I gave expert
12      testimony, I think it's a federal-based -- it
13      had to do with an injury in a shipyard --
14 Q. Okay.
15 A. -- in the gulf coast, and I think I went over
16      to Gulfport, but I think that was probably the
17      last time that I was in court, and that's been
18      a couple years now.
19 Q. Do you still have an active medical license
20      from the state?
21 A. Yes, sir, I do.
22 Q. And you've had that since finishing med school
23      in the '60s?
24 A. Always.
25 Q. Never been suspended or revoked?

25

1    A.  Never.
2    Q.  And it's an unrestricted license?
3    A.  Sir?
4    Q.  Unrestricted license?
5    A.  Yes, sir.
6    Q.  Any board certifications, currently?
7    A.  I was board qualified in general surgery.  I
8        was board certified in cosmetic surgery.  And,
9        of course, I've never been denied expert
10       status in state or federal court in general
11       surgery.
12   Q.  When you say "board qualified in general
13       surgery," you just didn't take the
14       certification exam?
15   A.  I started, and then at that time, that was not
16       a big thing back in the '60s.  But then to
17       qualify for sitting for the board, the
18       cosmetic boards, one of the requirements was
19       certification in another specialty.  And at
20       that time the cosmetic boards looked into that
21       and felt that I had the equivalent, and I sat
22       for that and passed that.
23   Q.  Did you ever have an active medical practice
24       at 2809 Hermitage Road?
25   A.  I've seen a few patients there.  I have

| | | |
|---|---|---|
| 1 | | reviewed quite a few records there.  That's |
| 2 | | been an off and on thing for some time. |
| 3 | Q. | So I'm asking because in some of the insurance |
| 4 | | documents there's a reference to the fact that |
| 5 | | the first floor of 2809 was built out as a |
| 6 | | medical clinic? |
| 7 | A. | Yes, sir, it was. |
| 8 | Q. | So why was it built out as a medical clinic |
| 9 | | with multiple exam rooms if you weren't seeing |
| 10 | | a number of patients there? |
| 11 | A. | Delusions of grandeur.  I thought that -- I |
| 12 | | wanted to bring to the community, essentially, |
| 13 | | a general practice, primary care, and a |
| 14 | | surgery- center type of facility because -- |
| 15 | | and I had people there that knew me that did |
| 16 | | come by, and I would treat them or whatever. |
| 17 | | And that area is actually about, as the crow |
| 18 | | flies, I guess they say, five or ten miles |
| 19 | | from the only major comprehensive center of |
| 20 | | medicine that I'm aware of in Plaquemines |
| 21 | | Parish on the west bank.  The closest facility |
| 22 | | north of there is probably about 20 miles at |
| 23 | | Belle Chasse, Louisiana. |
| 24 | | So that facility happened to be between |
| 25 | | two population areas that had no medical |

40

1       than Laura?
2 A.  Well, that's the first time that we had roof
3       damage that I can recall that followed Ida.
4 Q.  I've looked through the claims files to get
5       descriptions of the property at 2809, but I'd
6       be curious if you could just sort of describe
7       it a little to me, in your own words.  I
8       understand it's a two-story structure,
9       correct?
10 A.  Yes, sir.
11 Q.  On the first floor was where you had built out
12       the potential medical practice with some exam
13       rooms?
14 A.  Exam rooms.
15 Q.  A reception area?
16 A.  A minor surgery room, back office, reception
17       room.
18 Q.  Maybe a little kitchenette?
19 A.  A triage room.  We had a kitchen, but that was
20       turned into an office, and I think that was
21       between Laura and Ida.
22 Q.  And then a restroom somewhere in there?
23 A.  It had a restroom.
24 Q.  And so upstairs would be more, like, the
25       living area for you?

1    maintenance work.
2 Q. And then I want to ask you a similar question
3    with respect to the contents. The contents
4    claims were very high up until Laura;
5    calculated at about 1.7 million in those
6    3 years or so. Do you know if all of those
7    contents payments were paid -- were used to
8    purchase replacement contents or was it used
9    for another purpose, perhaps?
10 A. A lot of contents initially were following
11    what I had removed from my clinic when Katrina
12    hit. So I had stored a lot of contents, and
13    initially, I used those contents. Monies were
14    put back into -- if monies came out of that
15    they primarily went back into that, so.
16        But, obviously, in, I think, in Laura and
17    Ida, were the first times that I used mostly
18    items that had been gathered from different
19    auctions, although, as we sit here today, I
20    can't tell you that other things were not
21    bought or traded or whatever.
22        I had to -- when I -- I'll give you an
23    idea. When I sold the building, I think it
24    was in '18, the tenants, some of the tenants,
25    most of them were, obviously, medical-type

1    tenants, the rents that were due to me were
2    paid with the contents of their offices.
3         Dr. Richter, for example, who was a
4    neurosurgeon, who abandoned practice and owed
5    me quite a bit of monies in rent, turned all
6    of his equipment to me.  So I'm pretty sure
7    that I have -- I had received other medical
8    equipment from other tenants, and I had put
9    those things in storage, so those were used.
10  Q.  So as of the date of Hurricane Laura --
11  A.  But Laura -- I'm sorry.
12  Q.  No, no.
13  A.  Laura and Ida are different.  Laura and Ida, I
14      bought most of the things through multiple
15      medical auctions that I attended, or not
16      medical auctions necessarily, but medical
17      components of general auctions.
18  Q.  So as of the date of Hurricane Laura, August
19      28, 2020, would you still have had those two
20      large storage units in Harvey where you had
21      put medical equipment from that building you
22      had sold?
23  A.  I did.
24  Q.  And as of the date of the Hurricane Ida, did
25      you still have those, in 2021, August of 2021,

50

1         did you still have those two large storage
2         facilities in Harvey?
3    A. I don't I had it for Ida.  I'm pretty sure I
4         had it for Laura.
5    Q. And then you let go of it sometime between
6         Laura and Ida or you downsized to a smaller
7         unit?
8    A. I downsized to one, and then I walked away
9         completely.  But I don't believe I had that
10        because I did -- my wife had a facility that
11        she owned in Gretna, and she allowed me to use
12        that as a warehouse.
13   Q. And do you recall the name of that storage
14        facility in Gretna?
15   A. It wasn't a storage facility.  That was a
16        house that she owned.
17   Q. Was that the Huey P. Long house?
18   A. No, sir.
19   Q. What was the address of the other Gretna?
20   A. It was on Weyer Street, W-E-Y-E-R, in the
21        900-block.  I think she subsequently sold it.
22   Q. But she had that before Hurricane Ida?
23   A. She had it, I would think, at least five years
24        before, and I had stored medical inventory
25        there.