UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| E. WARD SUDDERTH, MD | * | CASE NO. 22-1358 |
| vs. | * | SECT. H(5) |
| NATIONAL FLOOD INSURANCE PROGRAM, ET AL. | * | JUDGE MILAZZO |
| | * | MAG. NORTH |

### DEFENDANTS' WITNESS AND EXHIBIT LIST

Defendants, the National Flood Insurance Program, Federal Emergency Management Agency, and Department of Homeland Security (collectively "FEMA"), respectfully submit their witness and exhibit list in accordance with the scheduling order of the Court, Rec. Doc. 13.

**FEMA may call the following witnesses:**

- Greg Huffman
  Claims Examiner
  NFIP Direct
  Flood Claims Department
  *Fact testimony concerning Sudderth's claims for Hurricanes Laura and Ida*

- Ashley Flanagan
  Sr. Claims Examiner
  NFIP Direct
  Flood Claims Department
  *Fact testimony concerning Sudderth's claims for Hurricanes Laura and Ida*

- Sara Lutz
  Claims Manager
  NFIP Direct Servicing Agent
  6240 Sprint Parkway, Suite 200
  Overland Park, KS 66211
  *Fact testimony concerning Sudderth's claims for Hurricanes Laura and Ida*

- Chris Beauvais
  Colonial Claims
  2200 Bayshore Blvd.
  Dunedin, FL 34698
  *Fact testimony concerning Sudderth's claims for Hurricanes Laura and Ida*

- Richard B Ratliff
  Colonial Claims
  2200 Bayshore Blvd
  Dunedin, Florida 34698
  *Fact testimony concerning Sudderth's claims for Hurricanes Laura and Ida*

- Wayne Maynard
  Colonial Claims
  2200 Bayshore Blvd
  Dunedin, Florida 34698
  *Fact testimony concerning Sudderth's claims for Hurricanes Laura and Ida*

- Lou E. Holtz
  Holtzquip, Inc.
  687 Humphries St SW
  Atlanta, GA 30310
  *Fact and expert testimony concerning Sudderth's claims for Hurricane Laura*

- Dick Crowley
  R D Crowley & Co.
  PO Box 26061
  Tampa, FL 33623
  *Fact testimony concerning Sudderth's claims for Hurricane Laura*

- John W. Crawford, P.E.
  Crawford Engineering, LLC
  2372 Saint Claude Ave. Ste. 261
  New Orleans, LA 70117
  *Expert testimony concerning Sudderth's claims for Hurricanes Laura and Ida*

- Andrew Badeaux
  Revpro & Associates
  8585 Antioch Road
  Baton Rouge, LA 70817-6412
  *Expert testimony concerning Sudderth's claims for Hurricanes Laura and Ida*

- William Badeaux
  Revpro & Associates
  8585 Antioch Road
  Baton Rouge, LA 70817-6412
  *Expert testimony concerning Sudderth's claims for Hurricanes Laura and Ida*

- Dr. E. Ward Sudderth, MD
  *Plaintiff on cross-examination*

- Any witness appearing on plaintiff's witness list

- Any witness needed for impeachment

**FEMA may introduce the following exhibits:**

- FEMA's complete claims file for Sudderth's claim for damage on 6/7/20 (FEMA1538-1966)

- FEMA's complete claims file for Sudderth's claim for damage on 8/28/20 (FEMA1967-4004)

- FEMA's complete claims file for Sudderth's claim for damage on 8/29/21 (FEMA4005-4500)

- Expert report from John Crawford related to Sudderth's claim for building damages (forthcoming)

- Expert report from Revpro & Associates related to Sudderth's claim for contents damages (forthcoming)

- Any documents produced in discovery in this case

- Any documents appearing on plaintiff's exhibit list

    Respectfully submitted,

    DUANE A. EVANS
    UNITED STATES ATTORNEY

    *Peter M. Mansfield*
    PETER M. MANSFIELD (# 28671)
    Chief, Civil Division
    Assistant United States Attorney
    650 Poydras Street, Suite 1600
    New Orleans, Louisiana 70130
    Telephone: (504) 680-3047
    Facsimile: (504) 680-3184
    Peter.Mansfield@usdoj.gov