UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| E. WARD STTUDETH, MD, | § | CIVIL ACTION NO. 22-1358 "H"(5) |
| Plaintiff | § § § | |
| v. | § § | JUDGE MILAZZO |
| NATIONAL FLOOD INSURANCE PROGRAM; FEDERAL EMERGENCY MANAGEMENT AGENCY and DEANNE CRISWELL, in her official capacity as the ADMINISTRATOR OF THE FEDERAL EMERGENCY MANAGEMENT AGENCY; and ALEJANDRO MAYORKAS, in his official capacity as SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, | § § § § § § § § § § § § | MAGISTRATE NORTH |
| Defendants | | |

**PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANTS FIRST SET OF INTERROGATORIES AND REQEUST FOR PRODUCTION OF DOCUMENTS**

PLAINTIFF, through undersigned counsel, and pursuant to Rule 33 and Rule 34 of the Federal Rules of Civil Procedure and the Local Rules of this Court, responds and objects to Defendants Interrogatories and Request for Production of Documents as follows:

### PRELIMINARY STATEMENT

1. Plaintiff's investigation and development of all facts and circumstances relating to this action is ongoing. These responses and objections are made

EXHIBIT 2

without prejudice to, and are not a waiver of, Plaintiff's right to rely on other facts or documents at trial.

2. By making the accompany responses and these objections to Defendant's Interrogatories and Request for Production, Plaintiff does not waive, and hereby expressly reserves, his rights to assert any and all objections as to the admissibility of such responses into evidence in this action, or in any other proceedings, on any and all grounds including, by not limited to , competency, relevancy, materiality, and privilege. Further, Plaintiff makes the responses and objections herein without in any way implying that he considers the requests or responses thereto to be relevant or material to the subject matter of this action.

3. Plaintiff will produce responsive documents only to the extent that such documents are in his possession, custody, or control, as set forth in the Federal Rules of Civil Procedure.

4. Plaintiff expressly reserves the right to supplement, clarify, revise, or correct any or all of the responses and objections herein, and to assert additional objections or privileges, in one or more subsequent supplemental responses.

## GENERAL OBJECTIONS

1. Plaintiff objects to each instruction, definition, and document request to the extent that it purports to impose any requirement or discovery obligation greater than or different from those under the Federal Rules of Civil Procedure and the applicable Rule and Orders of the Court.

## ANSWERS TO INTERROGATORIES

**Interrogatory No. 1.** Are you presently seeking monetary compensation from FEMA for personal property damaged by flood waters on or around August 28, 2020 (i.e., Laura)?

**Answer to Interrogatory No. 1.** Yes

    a. State the total amount of monetary compensation you are seeking from FEMA for damaged personal property.

        **Answer**: Balance Due. $448,046

    b. Identify each item of personal property for which you are seeking recovery in this lawsuit; **Answer Included Below, in Area Inventory Grouping**.

    c. Describe the type of item in detail; **Answer Included Below, in Answer Area Inventory Grouping. Attachment 1.**

    d. Provide the quantity of each such item; **Answer Included Below, in Answer Area Inventory Grouping**.

        **Area Inventory Grouping**: Attachment 1.

    e. Describe the type of damage incurred.

        **Answer**: Water damage to include - Fabric, Electrical and Structural.

    f. State the depreciated value, replacement cost value, and how it was calculated for each item.

        **Answer**: Depreciated Value: $446,239.02 per Proof of Loss (Prepared by Defendant adjuster Colonial Claims) Signed 12/31/20 – **Attachment 2**.

        Internet Search – **Attachment 3**.

        Adjuster Requested – 30 high value items search – **Attachment 4**.

        Cover Statement to Adjuster 9/30/20 – **Attachment 5**.

    g. State the date each item was purchased.

        **Answer**: Invoice Date List – **Attachment 6**.
        8 Auctions List – **Attachment 7**.
        **Objection**: Plaintiff objects to the use of any auction price to represent the Replacement and/or Actual Cash Value under the policy of insurance issued herein.

    h. State whether the item was purchased new or used.

        **Answer**: Used.

    i. State whether the item was the same type, kind and quality of the item that was damaged by the flood and, if not, explain why not.

        **Answer**: Yes.

    j. Describe the exact location of each item at the time of the loss;

        Answer: Area Inventory Group - **Attachment 1**.

    k. Explain how the item was damaged by flood waters.

        **Answer**: Entire medical clinic submerged in 3ft – 4 ft of water in excess of 24 hours.

**Interrogatory No. 2.** Are you presently seeking monetary compensation from FEMA for immovable property or structures damaged by flood waters on or around August 28, 2020?

    **Answer to Interrogatory No. 2**. Yes.

    If so, please state:

    a. The type or kind of the structure.

        **Answer**: Medical Clinic.

    b. The total amount of monetary compensation you are seeking from FEMA for the loss claimed.

        **Answer**: $61,190.99

    c. The specific damages to the structures or portions of the structures caused by flood waters you are presently seeking compensation for.

    **Answer**: Gulf Coast Adjusting Estimate – **Amendment 8**.

**Interrogatory No. 3.** Are you presently seeking monetary compensation from FEMA for personal property damaged by flood waters on or around August 29, 2021 (i.e., Ida)?

    **Answer to Interrogatory No. 3**: Yes.

    a. State the total amount of monetary compensation you are seeking from FEMA for damaged personal property.

    **Answer**: $490,000

    b. Identify each item of personal property for which you are seeking recovery in this lawsuit.

    **Answer**: Area Inventory Grouping -Mid-America Medical - **Attachment 9**. Internet Search – **Attachment 10**.

    c. Describe the type of item in detail.

    **Answer**: Area Inventory Grouping -Mid-America Medical - **Attachment 9**. Internet Search – **Attachment 10**.

    d. Provide the quantity of each such item.

    **Answer**: Area Inventory Grouping -Mid-America Medical - **Attachment 9**. Internet Search – **Attachment 10**.

    e. Describe the type of damage incurred.

    **Answer**: Water damage to include - Fabric, Electrical and Structural.

    f. State the depreciated value, replacement cost value, and how it was calculated for each item;

    **Answer**: Area Inventory Grouping -Mid-America Medical - **Attachment 9**. Internet Search – **Attachment 10**.

    g. State the date each item was purchased;

        **Answer**: Big Medial Auctions – **Attachment 11**.
        **Objection**: Plaintiff objects to the use of any auction price to represent the Replacement and/or Actual Cash Value under the policy of insurance issued herein.

    h. State whether the item was purchased new or used.

        **Answer**: Used.

    i. State whether the item was the same type, kind and quality of the item that was damaged by the flood and, if not, explain why not.

        **Answer**: Yes, items of the same type, kind, and quality of the items damaged.

    j. Describe the exact location of each item at the time of the loss;

        **Answer**: Area Inventory Grouping -Mid-America Medical - **Attachment 9**. Internet Search – **Attachment 10**.

    k. Explain how the item was damaged by flood waters.

        **Answer**: Entire medical clinic submerged in 6ft – 8ft of water in excess of 24 hours.

**Answer to Interrogatory No. 4**: Are you presently seeking monetary compensation from FEMA for immovable property or structures damaged by flood waters on or around August 29, 2021?

    **Answer**: Yes.

    a. The type or kind of the structure.

        **Answer**: Medical Clinic

    b. The total amount of monetary compensation you are seeking from FEMA for the loss claimed.

        **Answer**: $53,385.74

  c. The specific damages to the structures or portions of the structures caused by flood waters you are presently seeking compensation for.

 **Answer**: Marcello Estimate – **Attachment 12.**

**Answer to Interrogatory No. 5**: Did you do any repairs to your damaged property at 2809 Hermitage Rd., Port Sulfur, LA between June 7 and Aug. 28, 2020?

 **Answer**: Yes.

 1) the specific nature of all such repairs.

 2) the names of the individuals performing such repairs; and

 3) the amounts you paid for such repairs.

  **Answer**: 1) Contract – Lee M. Marcello – **Attachment 16.**

   Mortgage Co. Inspection 8/17/2020 – **Attachment 14**

**Answer to Interrogatory No. 6**: Did you replace any damaged personal property between June 7 and Aug. 28, 2020? Yes.

 1) the personal property you replaced.

  **Answer:** Included in Area Inventory Grouping. **Attachment 1.**

 2) the name of the vendor from whom you purchased the replacements; and
 3) the amount you paid for the replacement personal property.

  **Answer**: Invoice Date List – **Attachment 6.**
   8 Auctions List – **Attachment 7.**
   **Objection**: Plaintiff objects to the use of any auction price to represent the Replacement and/or Actual Cash Value under the policy of insurance issued herein.

**Answer to Interrogatory No. 7**: Did you do any repairs to your damaged property at 2809 Hermitage Rd., Port Sulfur, LA between Aug. 28, 2020 and Aug. 29, 2021?

 **Answer**:

 1) the specific nature of all such repairs.
  **Answer**: 1) Contract – Lee M. Marcello – **Attachment 16.**

>    2) Ratliff-Estimate - **Attachment 14**.

> 2) the names of the individuals performing such repairs;

>    **Answer**: 1) Contract – Lee M. Marcello – **Attachment 16**.

> 3) the amounts you paid for such repairs.

>    **Answer**: 1) Contract – Lee M. Marcello – **Attachment 16**.
>    2) Ratliff-Estimate - **Attachment 14**.

**Answer to Interrogatory No. 8**: Did you replace any damaged personal property between Aug. 28, 2020 and Aug. 29, 2021?

>    **Answer**: Yes.

>    1) the personal property you replaced.
>    2) the name of the vendor from whom you purchased the replacements; and
>    3) the amount you paid for the replacement personal property.
>        **Answer**: Big Medical Auction 1-127 – **Attachment 15**.

**Answer to Interrogatory No. 9**: Are there flood damages from Aug. 29, 2021 to your immovable property or structures that have not yet been repaired?

>    **Answer**: No. None since Hurricane Ida on or about August 28, 2021.

>    a. Describe the specific repairs that have not yet been undertaken.
>       **Answer**: None.

>    b. Explain why the repairs have not yet been undertaken. **Answer**: N/A

**Answer to Interrogatory No. 10**: Has any other damage from flood, wind, rain, hail, plumbing back-up, electrical, fire, or other weather event occurred to the property since August 29, 2021? **Answer**: No. None since Hurricane Ida on or about August 28, 2021.

>    a. State the date of the damage and loss. Answer: N/A
>    b. Describe the nature of the damage and loss. **Answer**: N/A
>    c. State whether you have made any insurance claim for the damage and loss. **Answer**: N/A
>    d. State whether you have repaired or replaced damaged property from the loss. **Answer**: No None since Hurricane Ida on or about August 28, 2021.

## RESPONSE TO REQUESTS FOR PRODUCTION

**Request for Production No. 1**. Please produce all invoices, receipts, bills, cancelled checks, bank statements, or credit card statements reflecting your payments for repairs to damaged immovable property or structures with all or some of the $86,912.30 that FEMA previously paid to you for flood damages to immovable property or structures damaged by flood waters on or around July 1, 2019.

> **Response**: None in possession.

**Request for Production No. 2**. Please produce all invoices, receipts, bills, cancelled checks, bank statements, or credit card statements reflecting your payments for repairs to damaged immovable property or structures with all or some of the $71,847.89 that FEMA previously paid to you for flood damages to immovable property or structures damaged by flood waters on or around June 7, 2020.

> **Response**: Repairs completed prior to claim payment check.
> 1) Contract – Lee M. Marcello – **Attachment 16**.
> 2). Mortgage Co. Inspection 8/17/2020 – **Attachment 14**

**Request for Production No. 3**. Please produce all invoices, receipts, bills, cancelled checks, bank statements, or credit card statements reflecting your payments for repairs to damaged immovable property or structures with all or some of the $28,809.01 that FEMA previously paid to you for flood damages to immovable property or structures damaged by flood waters on or around Aug. 28, 2020.

> **Response**: 1) Contract – Lee M. Marcello – **Attachment 16**.
> 2) Ratliff-Estimate - **Attachment 14**.

**Request for Production No. 4**. Please produce all invoices, receipts, bills, cancelled checks, bank statements, or credit card statements reflecting your payments for repairs to damaged immovable property or structures with all or some of the $36,614.26 that FEMA previously paid to you for flood damages to immovable property or structures damaged by flood waters on or around Aug. 29, 2021.

> **Response**: 1) Contract – Lee M. Marcello – **Attachment 16**.

**Request for Production No. 5**. Please produce all invoices, receipts, bills, cancelled checks, bank statements, or credit card statements reflecting your payments for replacement personal property after the July 1, 2019 date of loss.

> **Response: Area Inventory Grouping. Attachment 1.**
>
> > a. Invoice Date List – **Attachment 6**.
> > b. 8 Auctions List – **Attachment 7**.

> **Objection**: Plaintiff objects to the use of any auction price to represent the Replacement and/or Actual Cash Value under the policy of insurance issued herein.

**Request for Production No. 6.** Please produce all invoices, receipts, bills, cancelled checks, bank statements, or credit card statements reflecting your payments for replacement personal property after the June 7, 2020 date of loss.

> **Response**: **Area Inventory Grouping**. **Attachment 1**.
> a. Invoice Date List – **Attachment 6**.
> b. 8 Auctions List – **Attachment 7**.
> **Objection**: Plaintiff objects to the use of any auction price to represent the Replacement and/or Actual Cash Value under the policy of insurance issued herein.

**Request for Production No. 7.** Please produce all invoices, receipts, bills, cancelled checks, bank statements, or credit card statements reflecting your payments for replacement personal property after the Aug. 28, 2020 date of loss.

> **Response**: Big Medial Auctions – **Attachment 11**.
> **Objection**: Plaintiff objects to the use of any auction price to represent the Replacement and/or Actual Cash Value under the policy of insurance issued herein.

**Request for Production No. 8.** Please produce all invoices, receipts, bills, cancelled checks, bank statements, or credit card statements reflecting your payments for replacement personal property after the Aug. 29, 2021 date of loss.

> **Response**: Big Medical Auction 1-127 – **Attachment 15**.

**Request for Production No. 9.** Please produce all invoices, receipts, bills, cancelled checks, bank statements, or credit card statements proving your purchase of personal property identified in your answer to interrogatory #1 and which you are claiming was damaged on Aug. 28, 2020 (Laura).

> **Response**: **Area Inventory Grouping**. **Attachment 1**.
> a. Invoice Date List – **Attachment 6**.
> b. 8 Auctions List – **Attachment 7**.
> **Objection**: Plaintiff objects to the use of any auction price to represent the Replacement and/or Actual Cash Value under the policy of insurance issued herein.

**Request for Production No. 10**. Please produce all invoices, receipts, bills, cancelled checks, bank statements, or credit card statements proving your purchase of personal property identified in your answer to interrogatory #3 and which you are claiming was damaged on Aug. 29, 2021 (Ida).

**Response**: Big Medical Auction 1-127 – **Attachment 15**.

**Request for Production No. 11**. Please produce all other invoices, receipts, bills, cancelled checks, bank statements, or credit-card statements reflecting your payments for repairs to your damaged property at 2809 Hermitage Rd., Port Sulfur, LA between June 7 and Aug. 28, 2020, as identified in your response to interrogatory #5.

**Response**: Attachment 17.

**Request for Production No. 12**. Please produce all other invoices, receipts, bills, cancelled checks, bank statements, or credit-card statements reflecting your payments for repairs to your damaged property at 2809 Hermitage Rd., Port Sulfur, LA between June 7, 200 and Aug. 28, 2020, as identified in your response to interrogatory #6.

**Response**: Attachment 17.

**Request for Production No. 13**. Please produce all other invoices, receipts, bills, cancelled checks, bank statements, or credit-card statements reflecting your payments for repairs to your damaged property at 2809 Hermitage Rd., Port Sulfur, LA between Aug. 28, 2020 and Aug. 29, 2021, as identified in your response to interrogatory #8.

**Response**: – Attachment 18.

**Request for Production No. 14**. Please produce all other invoices, receipts, bills, cancelled checks, bank statements, or credit-card statements reflecting your payments for replacement personal property between Aug. 28, 2020 and Aug. 29, 2021, as identified in your response to interrogatory #7.

**Response**: Big Medical Auction 1-127 – **Attachment 15**.

**Request for Production No. 15**. Please produce all other invoices, receipts, bills, cancelled checks, bank statements, or credit-card statements reflecting your payments for repairs to your damaged property at 2809 Hermitage Rd., Port Sulfur, LA since Aug. 29, 2021.

<u>Response</u>: 1) Contract – Lee M. Marcello – **Attachment 16**.

<u>Request for Production No. 16</u>. Please produce any estimates, contractor's proposals, signed contracts, or reports reflecting repairs not yet undertaken or completed on immovable property or structures damaged by flood waters on or around August 29, 2021.

<u>Response</u>: None.

Respectfully submitted,

*MICHAEL J. RILEY, SR. (BAR NO. 11274)*
**MICHAEL J RILEY SR ATTORNEY LLC**
201 St. Charles Avenue, Suite 2500
New Orleans, LA 70170
Telephone No. (504) 599-5958
Cell No. (504) 799-9817
Email: mjriley@mjrileylaw.com

## VERIFICATION

I do solemnly declare and affirm under penalties of perjury that the foregoing <u>Answers to Interrogatories and Request for Production of Document</u> are true and correct to the best of my knowledge, information, and belief.

January 20, 2023.

E. WARD SUDDERTH

**Michael J. Riley, Sr., Notary**
LA. Bar No. 11274
Commission Expires At Life