1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASE NO. 22-1358            SECT. H(5)

JUDGE MILAZZO
MAG. NORTH

E. WARD SUDDERTH, MD

VERSUS

NATIONAL FLOOD INSURANCE PROGRAM ET AL.

   Deposition of DR. EARLE WARD SUDDERTH, 2809 Hermitage Road, Port Sulphur, Louisiana 70083, taken in the offices of Michael J. Riley, Sr., 201 St. Charles Avenue, Suite 2500, New Orleans, Louisiana 70170, on Monday, February 27, 2023, commencing at 10:55 AM.

APPEARANCES:

   MICHAEL J. RILEY, SR.
   Attorneys at Law
   BY:  MICHAEL J. RILEY, SR., Esquire
   201 St. Charles Avenue
   Suite 2500
   New Orleans, Louisiana 70170

      ATTORNEYS FOR PLAINTIFF

DAWN D. TUPPER, CCR, RPR
(504) 430-0491

EXHIBIT 3

```
                                                              2
APPEARANCES (CONTINUED):



            U.S. ATTORNEY'S OFFICE
            Attorneys at Law
            Assistant U.S. Attorney Chief
            Civil Division
            BY:  PETER M. MANSFIELD, Esquire
            650 Poydras Street
            Suite 1600
            New Orleans, Louisiana 70130

               ATTORNEYS FOR DEFENDANTS


REPORTED BY:

            LORIE M. HOYT
            Certified Court Reporter
            Registered Professional Reporter
```

1        Laura which is August 28th, 2020.  Now, this
2        is only about five months after COVID as well,
3        right, which began in March of 2020?
4    A.  Yes.
5    Q.  What would your patient load have been at 2809
6        Hermitage Road during the year 2020 before
7        Hurricane Laura?
8    A.  Nothing.
9    Q.  Did you maintain any medical records, physical
10       medical records, at 2809 Hermitage Road?
11   A.  Yes, sir, I did.
12   Q.  Were they paper records?
13   A.  Paper records, yes, sir.
14   Q.  Did you bill any insurance companies for
15       medical care there or was it more, like, a
16       cash business?
17   A.  No, not for there.  That was very sparse
18       people that I would see there.  I really never
19       got that off the ground like I wanted to.
20   Q.  And you envisioned a primary care clinic?
21   A.  I envisioned a primary care clinic, but also
22       since I love surgery and I've had -- I love to
23       do surgery.  And I always had a facility to do
24       it in, and there was nothing else around.  I
25       thought that that would -- that would bode

1      well, and, obviously, it has not.
2   Q. It doesn't sound like you had any board
3      certifications in family practice or internal
4      medicine or anything like that?
5   A. No, sir, I do not.
6   Q. So you were just relying on your unrestricted
7      medical license to give primary care?
8   A. Well, when I finished med school and
9      residency, things were a lot different, and I
10     did quite a bit of family practice then as a
11     moonlighting to subside (sic).  At that time,
12     Charity Hospital paid $125 a month for a
13     salary.  And I had a wife and three children,
14     and then when I finished, I had a wife and
15     four children.  And they were still paying, I
16     think, $175 or $200 a month.  So all of -- and
17     my wife was not working.  She was taking care
18     of my children, our children.
19  Q. Uh-huh (affirmative response).
20  A. And so I did quite a bit of moonlighting, so
21     to speak, and that was all primary care.
22  Q. So I asked you a question about sort of the
23     state of your practice in August of 2020 for
24     Hurricane Laura sort of right in the thick of
25     COVID.  Let's jump forward a year to

```
 1            August 29, 2021.  That was Hurricane Ida.
 2       A.   Yes.
 3       Q.   The same question with respect to the state of
 4            your medical practice at 2809 Hermitage Road.
 5            Did you have any patients at that point in
 6            time or were things still not operational?
 7       A.   No, I did not.  I still did reviewing records
 8            for some attorneys, and I think I have, as we
 9            speak, a record that is supposed to be
10            finished for a trial in April of this year.
11       Q.   But that would have been sort of for paper
12            review, a document review, basically?
13       A.   A document and a sit down and discuss the case
14            and try to get -- figure out what's going on
15            medically and surgically with the patient.
16       Q.   When you purchased 2809 Hermitage Road in
17            2007, I think you said the purchase price was
18            about 150,000.  Did you just pay cash for that
19            or did you have to finance it?
20       A.   At that time, to answer your question, I don't
21            remember how I financed it.  I may have paid
22            cash for it.
23       Q.   Uh-huh (affirmative response).
24       A.   But the facility was -- it was sold at sort of
25            a bargain basement because it had not been
```